IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

P. S. PRODUCTS, INC.,                                                                    PLAINTIFFS
BILLY PENNINGTON, Individually

v.                                          No. 4:22-cv-473-JM

PANTHER TRADING COMPANY, INC.                                              DEFENDANT


ORDER

On motion of Plaintiff, this case is dismissed without prejudice pursuant to Rule 41(a) Federal Rules of Civil Procedure

IT IS SO ORDERED this 19th day of July, 2022.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE