IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

P. S. PRODUCTS, INC.,                                                                    PLAINTIFFS
BILLY PENNINGTON, Individually

v.                                          No. 4:22-cv-473-JM

PANTHER TRADING COMPANY, INC.                                            DEFENDANT


AMENDED ORDER[1]

On motion of Plaintiff, this case is dismissed with prejudice pursuant to Rule 41(a)

Federal Rules of Civil Procedure

IT IS SO ORDERED this 1st day of August, 2022.


_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE

---

[1] The Court's previous order of dismissal erroneously stated that the dismissal was without prejudice.