IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

P.S. PRODUCTS, INC.
BILLY PENNINGTON, INDIVIDUALLY

VS.                              4:22CV00473 JM

PANTHER TRADING COMPANY, INC.

### ORDER

Pending is Defendant's motion for attorneys' fees and deterrence sanctions, docket # 16. During the hearing held on December 7, 2022 the Court granted the Defendant's request for fees and took the motion for deterrence sanctions under advisement. Based upon the lack of legal merit of this action and Plaintiffs' history of repeatedly filing meritless lawsuits in this district, the Court finds the award of deterrence sanctions appropriate in this case. Defendant asks for $100,000.00 in sanctions, the Court finds that a deterrence sanction against both Plaintiff and his attorney, jointly and severely, of $25,000.00 is sufficient to deter the repeated filing of meritless lawsuits in this district. Defendant's motion for sanctions is GRANTED.

IT IS SO ORDERED this 30th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE