IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**P.S. PRODUCTS, INC.**
**BILLY PENNINGTON, INDIVIDUALLY**

VS.                              4:22CV00473 JM

**PANTHER TRADING COMPANY, INC.**

## ORDER

Pending is Defendant's motion for clarification of sanctions order, docket # 33. The motion is granted. The sanctions in the amount of $25,000.00 previously ordered by the Court shall be paid to the United States District Court for the Eastern District of Arkansas, 600 West Capitol Avenue, Suite A149, Little Rock, AR, 72201, for deposit into fund 109900 of the Administrative Office of the Courts.

IT IS SO ORDERED this 14th day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE